**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MATTHEW R. VIANES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 15-CV-0308-CVE-PJC |
| | ) |
| **TULSA EDUCARE, INC.,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

# JUDGMENT

This matter has come before the Court for consideration and an opinion and order, Dkt. # 47, granting summary judgment in favor of defendant, Tulsa Educare, Inc., on all of plaintiff's claims has been entered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment for defendant and against plaintiff is hereby entered as to plaintiff's claims.

**DATED** this 8th day of July, 2016.

*Claire V. Eagan*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE